**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date: October 20, 2015
Courtroom Deputy: Emily Buchanan
FTR Technician: Kathy Terasaki

---

Civil Action No. 15-cv-01554-RPM           Counsel:

SUSAN LATHAM,                              James Kilroy
                                           Erik Nielsen
     Plaintiff,

v.

FIVE BROTHERS MORTGAGE COMPANY   Henry Solano
SERVICES AND SECURING, INC.,
EDDIE BROWN,
TAMARA LEE FRAWLEY, and
COLORADO RESTORATIONS PLUS, LLC,

     Defendants.

---

## COURTROOM MINUTES

**MOTION HEARING**

**9:58 a.m.**     **Court in session.**

Statements by the Court regarding jurisdiction and plaintiff's claim under the Fair Debt Collection Practices Act.

10:04 a.m.     Mr. Kilroy answers Court's questions and confirms the Court correctly stated plaintiff's claim.

10:10 a.m.     Statements by Mr. Solano.

**ORDERED:**   Five Brothers Mortgage Company Services and Securing Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P Rule 12(b)(6) for Failure to State a Claim (Doc. No. 20) is **GRANTED as to plaintiff's claim under the Fair Debt Collection Practices Act**. This Court has no jurisdiction to rule on the motion to dismiss the common law claims.

2

**10:19 a.m.        Court in recess.**

Hearing concluded.  Total time:   21 minutes.