IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01554-RPM

SUSAN LATHAM,

    Plaintiff,

v.

FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING INC.,
EDDIE BROWN,
TAMARA LEE FRAWLEY, and
COLORADO RESTORATIONS PLUS, LLC,

    Defendants.

_____

ORDER DISMISSING DEFENDANTS EDDIE BROWN, TAMARA LEE FRAWLEY AND COLORADO RESTORATIONS PLUS, LLC, WITHOUT PREJUDICE
_____

Pursuant to the hearing held today and the Order Dismissing Five Brothers Mortgage Company Services and Securing Inc. entered by this Court, it is

ORDERED because there is no jurisdiction to proceed in this court, the complaint is dismissed without prejudice as to the remaining defendants.

    DATED:   October 20th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge