IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01554-RPM

SUSAN LATHAM,

    Plaintiff,

v.

FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING INC.,
EDDIE BROWN,
TAMARA LEE FRAWLEY, and
COLORADO RESTORATIONS PLUS, LLC,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Order Dismissing Five Brothers Mortgage Company Services and Securing Inc., and the Order Dismissing Defendants Eddie Brown, Tamara Lee Frawley and Colorado Restorations Plus, LLC, without Prejudice, entered by Senior District Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that the first claim for relief in the first amended complaint is dismissed with prejudice and the remaining claims against Five Brothers Mortgage Company Services and Securing Inc.; Eddie Brown; Tamara Lee Frawley and Colorado Restorations Plus, LLC, are dismissed without prejudice.

    DATED:   October 20th, 2015

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, Clerk

                                      s/M. V. Wentz
                              By_____
                                          Deputy